UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOVEPOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAPERPOPCARDS INC., <br><br> Defendant. | Civil Action No. 1:17-cv-11017 |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff, LovePop, Inc., hereby certifies it has no parent corporation and no publicly held company owns 10% or more of its stock.

FOLEY HOAG LLP

Dated: June 1, 2017

*/s/ Neil Austin*
Neil Austin (BBO #657204)
   *naustin@foleyhoag.com*
Jenevieve J. Maerker (BBO #670266)
   *jmaerker@foleyhoag.com*
155 Seaport Boulevard
Boston, MA 02210
Tel:  (617) 832-1000; Fax (617) 832-7000

Natasha N. Reed*
   *nreed@foleyhoag.com*
1540 Broadway, 23rd Floor
New York, New York 10036
Tel:  (646) 927-5500; Fax (646) 927-5599

*Attorneys for Plaintiff*

* Motion for admission *pro hac vice* forthcoming

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). A copy of the document will be served on Defendant with the Summons and Complaint.

*/s/ Neil Austin*
Neil Austin