UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOVEPOP, INC.,<br>      Plaintiff,<br><br>      v.<br><br>PAPER POP CARDS, INC.,<br>      Defendant. | Civil Action No. 1:17-CV-11017-PBS |

## PAPER POP'S MOTION FOR SUMMARY JUDGMENT

## ORAL ARGUMENT REQUESTED

Defendant/Counter-Plaintiff Paper Pop Cards, Inc. ("Paper Pop"), through its counsel, Young & Associates, P.C., moves this Court for an order granting partial summary judgment. The grounds for this motion are set forth in the accompanying Brief in Support.

WHEREFORE, Paper Pop respectfully requests that this Court grant summary judgment

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Paper Pop respectfully requests oral argument on its motion.

Date: September 28, 2018

Respectfully submitted,

/s/Jaye Quadrozzi
Rodger D. Young *(pro hac vice)*
young@youngpc.com
Jaye Quadrozzi *(pro hac vice)*
quadrozzi@youngpc.com
**YOUNG & ASSOCIATES, PC**

12/23/18 [handwritten] after hearing, denied for the reasons stated in court. /s/ Saris